UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**TERRENCE MOUTON #503662**     **CASE NO. 6:19-CV-00631 SEC P**

**VERSUS**     **JUDGE SUMMERHAYS**

**ROBERT TANNER**     **MAGISTRATE JUDGE HANNA**

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** because petitioner's claims remain unexhausted and are procedurally barred.

**THUS DONE** in Chambers on this 27th day of February, 2020.

Robert R. Summerhays
United States District Judge